# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **MICHAEL COOK,** | ) CASE NO. 1:17-cv-01717 |
| | ) |
| Plaintiff, | ) JUDGE DAN AARON POLSTER |
| | ) |
| vs. | ) <u>MINUTES AND ORDER</u> |
| | ) |
| **VANGUARD PROPERTY** | ) |
| **MANAGEMENT, LTD., et al,** | ) |
| | ) |
| Defendants. | ) |

On Jan. 22, 2018, the Court held a scheduled teleconference attended by Plaintiff Michael Cook, Plaintiff's counsel Matthew D. Besser, Defendant Dan Shephard, Defendant Vanguard Property Management, Ltd.'s representatives Vince Macauda and Nat Miller, and Defendants' counsel Arthur M. Kaufman.  The parties discussed the status of their negotiations with the Court and the Court helped the parties to reach an agreement.  The Court approves the settlement agreement.  Accordingly, this case is dismissed with prejudice, each party to bear its own costs.

The Court retains jurisdiction to ensure that the settlement agreement is executed.

**IT IS SO ORDERED.**

*/s/ Dan Aaron Polster     Jan. 22, 2018*
**DAN AARON POLSTER**
**UNITED STATES DISTRICT JUDGE**